JOSEPH W. FLETCHER (SBN 96813)
CITY ATTORNEY
LAURA A. ROSSINI (SBN 223471)
ASSISTANT CITY ATTORNEY
CITY OF SANTA ANA
20 CIVIC CENTER PLAZA, M-29
P.O. BOX 1988
SANTA ANA, CALIFORNIA 92702
TELEPHONE:  (714) 647-5201
FACSIMILE:    (714) 647-6515
EMAIL: lrossini@santa-ana.org

Attorneys for Defendants, CITY OF SANTA ANA,
ROSA PONCE DE LEON, BRIAN MERCER AND
ROSS BARRERA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED PARKER,<br><br>            Plaintiff,<br><br>     vs.<br><br>CITY OF SANTA ANA, ROSA PONCE DE LEON, BRIAN MERCER, ROSS BARRERA, BRAD GILLISPIE, DOES 1-10, inclusive,<br><br>            Defendants. | Case No: SACV08-00177-CJC (RNBx)<br><br>[Proposed] **JUDGMENT**<br><br>*Federal Rules of Civil Procedure*, Rule 38(b)(2)(B) |

   This action came on for hearing before the Court, on April 26, 2010 on a Motion for Summary Judgment, or in the Alternative, Summary Adjudication of Issues, heard before United States District Court Judge Cormac J. Carney. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

1

1   IT IS HEREBY ORDERED AND ADJUDGED that the Plaintiff FRED
2   PARKER take nothing from the Defendants, CITY OF SANTA ANA, ROSA
3   PONCE DE LEON, BRIAN MERCER, and ROSS BARRERA, and that there is no
4   just cause for delay, this action as to these Defendants be dismissed on the merits
5   and Judgment entered for Defendants CITY OF SANTA ANA, ROSA PONCE DE
6   LEON, BRIAN MERCER, and ROSS BARRERA and against Plaintiff FRED
7   PARKER.  In addition, Defendants are awarded costs pursuant to Federal Rules of
8   Civil Procedure, Rule 54(d)(1).
9
10
11  Dated: May 06, 2010                    _____
12                                          HONORABLE CORMAC J. CARNEY
                                            United States District Court Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28